Gary S. Deschenes (Id. No. 2293)
DESCHENES & SULLIVAN LAW OFFICES
309 First Avenue North
P.O. Box 3466
Great Falls MT 59403-3466
E-mail: gsd@dslawoffices.net
Telephone (406) 761-6112
Fax No. (406) 761-6784

Attorneys for Debtor/Defendant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

IN RE:

EDRA D. BLIXSETH,

        Debtor.

No. 09-60452-7

BEAU BLIXSETH and MORGAN BLIXSETH,

        Plaintiffs,

vs.

EDRA D. BLIXSETH,

        Defendant.

Adversary No. 10-00018

MOTION TO AMEND ANSWER, AND NOTICE

COMES NOW, Edra D. Blixseth, Defendant in the above-entitled action, by and through her attorney of record, Gary S. Deschenes and moves the Court pursuant to F.R.Civ.P. 15, for its Order allowing said Defendant to amend her answer to include an additional affirmative defense. In support of this Motion, Defendant informs the Court as follows:

1. On February 26, 2010, Plaintiffs, Beau and Morgan Blixseth filed a Complaint to Determine the Non-Dischargeability of Debt against Defendant. On April 2, 2010, Defendant filed her answer to Plaintiffs' Complaint.

2. The deadline to file motions to amend the pleadings in this case is August 2, 2010.

3. Defendant's amended answer includes an additional affirmative defense of failure to timely file this adversary complaint that is necessary to resolve the issues in this adversary proceeding.

4. There is no prejudice to Plaintiffs are they have been for some time that Defendant intended to amend her answer to include an additional affirmative defense of failure to timely file this adversary complaint.

5. A copy of the proposed amended pleading is attached hereto as Exhibit "A".

6. Defendant's counsel has contacted Plaintiffs' counsel and he objects to this Motion.

WHEREFORE, Defendant respectfully requests the Court allow Defendant to amend her answer to include an additional affirmative defense.

DATED this 30th day of July, 2010.

DESCHENES & SULLIVAN LAW OFFICES

BY: */s/Gary S. Deschenes*
Gary S. Deschenes
Attorneys for Debtor/Defendant

**NOTICE OF OPPORTUNITY TO RESPOND
AND REQUEST A HEARING**

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING
Date: _____
Time:_____
Location:_____**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this 30th day of July, 2010.

DESCHENES & SULLIVAN LAW OFFICES

BY: */s/Gary S. Deschenes*
Gary S. Deschenes
Attorneys for Debtor/Defendant

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that the foregoing MOTION TO AMEND ANSWER, AND NOTICE was duly served by e-mail or first class mail, postage prepaid upon the following parties in interest, attorneys of record and parties who have filed special notice in this case as shown below on this 30th day of July, 2010.

Jon R. Binney
Binney Law Firm, P.C.
P. O. Box 2253
Missoula MT 59806-2253
jon@binneylaw.com

Kevin O'Connell
Hagen O'Connell LLP
121 SW Morrison Street, Suite 1500
Portland, OR 97204
koconnell@hagenoconnell.com

DATED this 30th day of July, 2010.

*/s/Nichole R. Widhalm*
Nichole R. Widhalm